UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIUMPH IP LLC,<br><br>　　　　Plaintiff<br><br>v.<br><br>INNOVASEA SYSTEMS, INC.<br><br>　　　　Defendant | No. 2:22-cv-01528-JHC<br><br>AMENDED ORDER GRANTING EX PARTE MOTION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER<br><br>NOTE ON MOTION CALENDAR: December 9, 2022 |

　　The Court having considered Plaintiff Triumph IP LLC Ex Parte Motion to Extend Deadline for Defendant to Answer, the Court is of the opinion that the motion should be granted.

　　It is therefore ORDER that the deadline for Defendant Innovasea Systems, Inc. to answer the complaint is extended by sixty (60) days to February 6, 2023.

　　SO ORDERED.


DATED this 6th day of December, 2022.


　　　　　　　　　　　　　　　　　　　　　　　*John H. Chun*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge